**Edward Hinkley, appellee, v. International Harvester Company of America, appellant. Gen. No. 7,353.**

Action for personal injury. Judgment for plaintiff. Appeal from the Circuit Court of Winnebago county; the Hon. Earl D. Reynolds, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed July 26, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Fisher, North, Linscott & Gibboney, for appellant; William S. Elliott and David A. Orebaugh, of counsel. Garrett, Maynard & Hull, for appellee.

Mr. Presiding Justice Jett delivered the opinion of the court.

---

**Frances Lokar, appellant, v. Frank Lokar, appellee. Gen. No. 7,284.**

Bill for divorce. Dismissed for want of equity. Appeal from the Circuit Court of Will county; the Hon. Arthur W. DeSelm, Judge, presiding. Heard in this court at the October term, 1923. Affirmed. Opinion filed August 6, 1924.

Frank J. Wise and William C. Mooney, for appellant. Faulkner & Faulkner, for appellee.

Mr. Justice Jones delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Jennie Russell Shook, plaintiff in error. Gen. No. 7,315.**

Conviction of illegally possessing and selling intoxicating liquor. Error to the County Court of Warren county; the Hon. Clinton M. Huey, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed August 6, 1924. Rehearing denied October 8, 1924.

Hartzell, Cavanagh, Martin & Hartzell, for plaintiff in error. Chas. E. Lauder, State's Attorney, for defendant in error; Federick H. Lauder, of counsel.

Mr. Justice Jones delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Vird O. Cudd, plaintiff in error. Gen. No. 7,318.**

Conviction of practicing as veterinarian without license. Error to the County Court of Warren county; the Hon. J. W. Gordon, Judge, presiding. Heard in this court at the April term, 1924. Affirmed. Opinion filed August 6, 1924.

L. E. Murphy and J. J. Kritzer, for plaintiff in error. Chas. E. Lauder, State's Attorney, for defendant in error; Frederick H. Lauder, of counsel.

Mr. Justice Jones delivered the opinion of the court.